■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDYL MELECIO, Appellant. [665 NYS2d 850] —Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered August 4, 1994, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's guilt was established by legally sufficient evidence. Since we decline to disturb the credibility determinations of either the hearing court or the jury, we conclude that defendant's suppression motion was properly denied, and that the verdict was not against the weight of the evidence (see, People v Prochilo, 41 NY2d 759, 761; People v Gaimari, 176 NY 84, 94). Concur—Milonas, J. P., Rosenberger, Nardelli, Rubin and Tom, JJ.

■ In the Matter of RONNIE M., a Person Alleged to be a Juvenile Delinquent, Appellant. [665 NYS2d 849] —Order of disposition, Family Court, Bronx County (Harold Lynch, J.), entered on or about September 30, 1996, which, after a fact-finding determination that appellant committed acts, which if committed by an adult, would constitute the crime of attempted robbery in the second degree, placed appellant with the Division for Youth for a period of up to 18 months, unanimously affirmed, without costs.

The court's fact-finding determination was based on legally sufficient evidence and was not against the weight of the evidence. The totality of the conduct of appellant and the other perpetrators established an attempted robbery and appellant's intentional participation therein (see, Matter of Juan J., 81 NY2d 739; People v Bracey, 41 NY2d 296; Matter of Horatio B., 240 AD2d 197). Concur—Milonas, J. P., Rosenberger, Nardelli, Rubin and Tom, JJ.